No opinion. Concur — Murphy, P. J., Sandler, Carro, Milonas and Ellerin, JJ.

■ In the Matter of the Arbitration between WILLIAM J. MURPHY et al., Appellants, v ROBERT J. SISE et al., Respondents. ▬

 Concur — Murphy, P. J., Sandler, Carro and Ellerin, JJ.